Decided September 28, 2005

## STATE OF CONNECTICUT *v.* JAMES BROWN

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 835 (AC 24682), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

*Elizabeth M. Moseley*, special deputy assistant state's attorney, in opposition.

Decided September 28, 2005